# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HON LAU,<br><br>   Petitioner,<br><br>  v.<br><br>K. HARRINGTON, Warden,<br><br>   Respondent. | NO. CV 11-0089 JSL (FMO)<br><br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: Jan 31, 2011.

*/s/ Spencer Letts/*

_____
J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE